# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Christian Showalter
    Plaintiff,

vs

Commissioner of Social Security,
    Defendant,

Case Number: 1:18-cv-103

(Dlott)

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L Litkovitz filed on January 31, 2019 doc [18]and The Court does determine that such Recommendation should be adopted. Accordingly, the decision of the Commissioner is REVERSED. This matter is hereby REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).

March 14, 2019

Richard W. Nagel, Clerk of Court

By  s/Jennifer Webster
Deputy Clerk